UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KEVIN M. HOLMES, | CIVIL NO. 08-06133 (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER |
| MINNEAPOLIS DEPARTMENT OF CIVIL RIGHTS. | |
| Defendant. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 4, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, it is HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment [Docket No. 16] is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED** with prejudice as to all claims except for his civil rights claim, which is **DISMISSED** without prejudice.

Date: 1/25/10            s/Patrick J. Schiltz
                         Patrick J. Schiltz
                         United States District Judge